ANNA MONOSON, Respondent, v. THE CITY OF NEW YORK, Respondent, and CHARLES A. BUCKLEY, Appellant.— Order denying motion of defendant Buckley to dismiss the complaint as against him upon the ground of insufficiency affirmed, with ten dollars costs and disbursements. (*Banks* v. *Jacoby & Sons, Inc.*, 246

App. Div. 841.) The appealing defendant may answer within ten days from the entry of the order hereon. Young, Hagarty, Johnston, Adel and Taylor, JJ., concur.